11-CV-01119-ORD

HON. ROBERT S. LASNIK

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 04 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT C WASHINGTON
BY                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Z.D., by and through her parents and guardians, J.D. and T.D., individually, on behalf of THE TECHNOLOGY ACCESS FOUNDATION HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GROUP HEALTH COOPERATIVE; GROUP HEALTH OPTIONS, INC.; and THE TECHNOLOGY ACCESS FOUNDATION HEALTH BENEFIT PLAN,<br><br>Defendants. | NO. 2:11-CV-01119<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT REPORTS<br><br>NOTED FOR CONSIDERATION:<br>April 3, 2012 |

## I. STIPULATION

Pursuant to this Court's Scheduling Order, the expert report deadline is April 4, 2012. *See* Minute Order Setting Trial Date & Related Dates (Dkt. #27), p. 1. The deadline, however, may be extended by the court "for good cause." *Id.*, p. 2. Here, the parties agree the disclosure of the expert reports should be continued until additional discovery has occurred, specifically the production of certain utilization and cost data from Group Health that has been requested by plaintiff. The parties agree that mechanics of collecting this material is difficult, but that Group Health has been

STIPULATION AND ORDER ON
DISCLOSURE OF EXPERT REPORTS – 1
[Case No. 2:11-CV-01119]

SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303 FAX (206) 223-0246

making diligent efforts to collect the material requested. Moving the disclosure date will permit the parties to continue to work through the production of this material without placing an undue burden on Group Health. This stipulation does not seek to alter any other dates in the Scheduling Order.

As a result, the parties, through undersigned counsel, stipulate and agree that the disclosure date for expert reports may, subject to court approval, be moved to May 14, 2012.

DATED: April 3, 2012.

SIRIANNI YOUTZ SPOONEMORE

/s/ Richard E. Spoonemore
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA # 26478)
Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE, LLC

/s/ Charles S. Wright (per email authorization 4/3/12)
Charles S. Wright (WSBA #31940)
Nigel P. Avilez (WSBA #36699)
Rebecca Francis (WSBA #41196)
Attorneys for Defendants

## II. ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the deadline for the disclosure of expert reports shall be continued to May 14, 2012. This Order does not preclude either party from seeking a further extension of the deadline if good cause can be show for such a request. IT IS SO ORDERED.

DATED this 4th day of April, 2012.

ROBERT S. LASNIK
United States District Judge

STIPULATION AND ORDER ON
DISCLOSURE OF EXPERT REPORTS – 2
[Case No. 2:11-CV-01119]

SIRIANNI YOUTZ SPOONEMORE
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246