1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Z.D., by and through her parents and
guardians, J.D. and T.D., individually, on
behalf of THE TECHNOLOGY ACCESS
FOUNDATION HEALTH BENEFIT PLAN,
and on behalf of similarly situated
individuals,

                 Plaintiffs,

        v.

GROUP HEALTH COOPERATIVE, *et. al*.,

                 Defendants.

No.  C11-1119RSL

ORDER

19

20

21

22

23

24

25

26

        This matter comes before the Court on the parties' joint status report (Dkt. # 151).

The report asks that the Court delay entry of judgment in favor of Plaintiffs for thirty (30)

days in order to permit the parties to resolve issues relating to fees and Defendants'

pending appeal. The parties' request is GRANTED.

//

//

ORDER - 1

1    On or before July 19, 2013, the parties shall file either an agreed proposed

2 judgment or a joint status report explaining the delay.

3

4          Dated this 19th day of June, 2013.

5                                          *MWS Lasnik*
                                           Robert S. Lasnik
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER - 2