Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Z.D., by and through her parents and guardians, J.D. and T.D., individually, on behalf of THE TECHNOLOGY ACCESS FOUNDATION HEALTH BENEFIT PLAN, and on behalf of similarly situated individuals,

Plaintiffs,

v.

GROUP HEALTH COOPERATIVE; GROUP HEALTH OPTIONS, INC.; and THE TECHNOLOGY ACCESS FOUNDATION HEALTH BENEFIT PLAN,

Defendants.

NO. C11-1119RSL

ORDER:

(1) PRELIMINARILY APPROVING SETTLEMENT;
(2) APPROVING AND DIRECTING CLASS NOTICE; AND
(3) SCHEDULING A FINAL SETTLEMENT APPROVAL HEARING

This matter comes before the Court on the parties' Joint Motion for Preliminarily Approval of Settlement Agreement (Dkt. # 154). The motion (Dkt. # 154) is GRANTED. It is hereby ORDERED as follows:

(1) Based on the record before it, the Court tentatively finds, pursuant to Federal Rule of Civil Procedure 23(e), that the proposed Settlement Agreement attached as *Appendix 1* to the Motion for Preliminary Approval of Settlement

ORDER PRELIMINARILY APPROVING SETTLEMENT, APPROVING AND DIRECTING CLASS NOTICE, AND SCHEDULING FINAL SETTLEMENT APPROVAL HEARING – 1
[Case No. 2:11-cv-01119-RSL]

Sirianni Youtz
Spoonemore Hamburger
999 Third Avenue, Suite 3650
Seattle, Washington 98104
Tel. (206) 223-0303   Fax (206) 223-0246

Agreement is fair, reasonable and adequate.  The Settlement essentially locks in place the Court's Orders in this litigation, subject only to differing directives from statute, regulation, or a Final Decision (as defined in the Agreement) from a Washington State appellate court.  The Settlement also provides a reasonable mechanism for payment of attorneys' fees and costs.  The Court's preliminary approval is subject to change pending the outcome of the final settlement approval hearing ("Settlement Approval hearing") established herein.

(2)     The Court finds that notice of the proposed Settlement Agreement may be achieved by posting on Defendant's website only.

(3)     A hearing to consider whether the proposed Settlement Agreement is fair, reasonable, and adequate and should be finally approved is scheduled for September 26, 2013 at 8:30 a.m. at the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101.

(4)     Class members who wish to comment on or object to the proposed Settlement Agreement must submit written comments or objections to the Court no later than September 13, 2013.

(5)     Class members who wish to appear at the final Settlement Approval hearing may do so if they submit written notice to the Court, with copies to counsel, that they intend to appear in person or through counsel.  If a class member wishes to appear in person or through counsel at the hearing, he or she must also describe the nature of their comment or objection in their written notice of intent to appear.  Written notice of intent to appear must be filed with the Court and mailed to counsel by September 13, 2013.

(6)     A Motion for Final Approval of the Settlement Agreement, together with any supporting declarations or other documentation, must be filed by no later than

ORDER PRELIMINARILY APPROVING SETTLEMENT,
APPROVING AND DIRECTING CLASS NOTICE, AND
SCHEDULING FINAL SETTLEMENT APPROVAL HEARING – 2
[Case No. 2:11-cv-01119-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

September 20, 2013. Class counsel shall also mail the Motion to all Class Members who object or file written notice with the Court that they intend to appear at the final Settlement Approval hearing.

It is so ORDERED this 19th day of August, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

*/s/ Eleanor Hamburger*
Richard E. Spoonemore (WSBA #21833)
Eleanor Hamburger (WSBA #26478)
Attorneys for Plaintiffs

and

DAVIS WRIGHT TREMAINE, LLC

*/s/ Douglas C. Ross*
Douglas C. Ross (WSBA #12811)
Rebecca Francis (WSBA #41196)
Attorneys for Defendants
ORDER PRELIMINARILY APPROVING SETTLEMENT, APPROVING AND DIRECTING CLASS NOTICE, AND SCHEDULING FINAL SETTLEMENT APPROVAL HEARING – 3
[Case No. 2:11-cv-01119-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246